

# Missouri Court of Appeals
## Southern District

**NOVEMBER 19, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33360 & SD33361 (Consolidated)

    Re:  In the Interest of:
         N.N.S., and N.P.S., Minors,
         GREENE COUNTY JUVENILE OFFICE,
         Petitioner-Respondent,
         v.
         J.J., Mother,
         Respondent-Appellant.